IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JERRY D. ADAMS, and <br> SAUNDRA ADAMS, <br> <br>     **Plaintiffs,** <br> <br> v. <br> <br> WELLS FARGO HOME MORTGAGE <br> <br>     **Defendant.** | Case: 4:17-cv-00223 |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs, Jerry D. Adams and Saundra Adams ("Plaintiffs"), and gives the Court notice that the Parties have reached a settlement in principle and anticipate filing a stipulation of dismissal on or before October 31, 2017.

Respectfully submitted,

Dated: October 2, 2017

**Credit Law Center, LLC**

By: Keith N. Williston
Keith N. Williston, # 69433
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tele:   (816) 246-7800
Fax:   (855) 523-6884
keithw@creditlawcenter.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Court's ECF system on October 2, 2017, which will give notice to the attorneys of record.

*/s/ Keith N. Williston*

Keith N. Williston