UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JERRY D. ADAMS and<br>SAUNDRA ADAMS,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE<br>A DIVISION OF WELLS FARGO<br>BANK, N.A.<br><br>      Defendants. | Case No. 4:17-cv-00223-ODS |

## **MOTION TO DISMISS**

Pursuant to F.R.C.P. 41 Plaintiffs Jerry D. Adams and Saundra Adams, hereby give notice that they have settled the claims in this case and therefore move this Court to dismiss with prejudice.

Dated: November 16, 2017

/s/ *Keith N. Williston*
Keith N. Williston #69433
THE WILLISTON LAW FIRM, LLC
201SE Williamsburg Dr
Blue Springs, MO 64014
(913) 207-5450
willistonkeith@yahoo.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2017, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.


*/s/ Keith N. Williston*
Attorney for Plaintiff